# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sarah L. Thaden, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the FBI and have been so employed since March 2016. During that time, I have become familiar with methods and techniques associated with investigations in violent crime, domestic terrorism, and matters of national security. I am familiar with the circumstances of the offenses described in this affidavit through a combination of personal knowledge of the facts, discussion with other law enforcement officials, other investigative activities conducted, and investigative materials obtained during the investigation.

2. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for Andrew Walter Sandvik for violations of Title 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat).

3. This affidavit does not include all facts known to me but rather contains facts sufficient to support the issuance of an arrest warrant and search warrant.

## STATEMENT OF FACTS

4. On September 4, 2025, Fargo Police Department Detective Josh Heller made investigators at the FBI Fargo Resident Agency aware that Andrew Walter Sandvik (SUBJECT) was making concerning online posts regarding violence directed toward President Trump and law enforcement officers. Detective Heller provided two internet sites where the posts were observed: www.facebook.com/sandvikcity and www.sandvikcity.com.

1

5. Detective Heller provided screen shots of two posts on the Facebook Account with the name Andrew Sandvik which included a profile picture of a person who very strongly resembles the SUBJECT wearing a beanie hat. The first screen shot appears to be a post to Facebook dated August 31 while the second screen shot appears to be a post to Facebook dated September 1, as shown below:





6.     I later learned from Fargo Police Department investigators, by reading police reports and reviewing police body camera video, that Fargo Police Department had received a complaint on September 5, 2025 from a witness (Witness-1), whose full name is known to law enforcement, who observed the second Facebook post and reported concerns that the cinder blocks containing bottles that appeared to be filled with unknown liquid and "Danger" warnings might be indicative of a bomb. Witness-1 personally knew the SUBJECT and advised police the SUBJECT resided in a camper parked on the property where his mother lived at 1531 5th Avenue South, Fargo, ND and that the SUBJECT'S Kia Sorento was also parked near a camper on this property.

7.     On September 16, 2025, Fargo Police Department Detectives Ryan Jasper and Logan Kahl went to 1531 5th Avenue South, Fargo, ND and made contact at the residence with Sandra Sandvik (SANDRA) who confirmed she was the mother of the SUBJECT. SANDRA further confirmed the SUBJECT lived in the camper parked on her

3

property and stated that the SUBJECT sometimes came into her home to use the bathroom and eat food. SANDRA provided consent for the Detectives to walk on her property to get to the camper to investigate the suspicious object consisting of cinder blocks with the words "Danger" written on them and bottles filled with unknown liquid. SANDRA advised the SUBJECT was not home at the time and she did not know where he was.

8. Detectives attempted to make contact with the SUBJECT by knocking on the camper door but no contact was made. Detectives located the cinder blocks and bottles on the ground next to the camper and investigated them by lifting up one of the bottles to inspect the contents more closely. The Detectives did not open any bottles to further identify the contents. They did not observe wires coming from the bottles.

9. On September 17, 2025, Detective Kahl spoke with the SUBJECT when the SUBJECT came to the Fargo Police Department and was waiting on the east side of the building near the employee entrance, which is not a public entrance, to determine why the police were wanting to speak with him the day prior. Detective Kahl explained there were concerns about the SUBJECT'S welfare due to recent suspicious activities and comments the SUBJECT was making on social media. Detective Kahl believed the SUBJECT was receptive but suspicious as to what officers said to his mother and believed officers deceived his mother into allowing officers on to the property.

10. On September 17, 2025, I learned from Detective Heller there were more concerning internet posts directed toward President Trump and FBI Director Kash Patel.

4

11. On September 17, 2025, FBI personnel reviewed the Facebook account at www.facebook.com/sandvikcity with display name "Andrew Sandvik" and observed the following posts:





12. On September 17, 2025, I learned from Detective Heller that the Fargo Police Department had information learned from friends and family of the SUBJECT indicating the SUBJECT may have mental health issues and was in the possession of airsoft guns that the SUBJECT had painted all black to make them look indistinguishable from real firearms.

13. On October 20, 2025, I learned from Detective Heller about a post, dated October 18 [2025], to the SUBJECT Facebook account targeting President Trump. Detective Heller provided the following screen shot:

6



14.     On October 23, 2025, FBI personnel reviewed the Facebook page at www.facebook.com/sandvikcity and observed a post making reference to the website www.sandvikcity.com. FBI personnel obtained the following screen shot from the Facebook account:



15.     On October 23, 2025, FBI personnel reviewed the website www.sandvikcity.com and obtained the following screen shots which contained concerning posts of violence:



## Law enforcement, U.S. Military and National Guard STAY HOME!

God will protect you and your families from harm. You will die an angel's death if you attempt to protect Donald Trump.

**DEATH TO THE SATANIC U.S.-ISRAEL NAZIS!**

## Trump's Blood Judgement is Here!

Trump you little maggot of weakness, failure and embarrassment! You will soon find yourself without insides as they will be pulled from your body while your limbs are ripped out of their sockets by the monsters from hell you will release by your own weak corrupt hand.

Trump you and your false Christians are Nazis and will be judged accordingly with massive amounts of blood, horrid tortures and endless suffering for eternity!

**DEATH TO THE SATANIC U.S.-ISRAEL NAZIS!**

## Trump, Can You Feel My Footsteps Coming?

Death is now marching towards the failed and weak Donald Trump! Look up to the sky! You will see the sign of the coming

**DEATH OF TRUMP**

**DEATH TO THE SATANIC U.S.-ISRAEL NAZIS!**

I am here to judge Satan's children and the false Christians who elevate him.

Trump is weak and will be destroyed soon. Israel will soon been a molten pit of death.

Repent Now false Christians!

## I Am Your Destroyer and I'm Here Now!

9

16. On October 28, 2025, I used www.whois.com to search for the domain hosting company for the website www.sandvikcity.com. I learned the Registrar for this website was Bluehost, Inc. which was affiliated with Newfold Digital, Inc.

17. On October 28, 2025, I submitted an exigent request for records to Newfold Digital, Inc. for subscriber information for the website www.sandvikcity.com.

18. On October 29, 2025, I reviewed records provided by Newfold Digital, Inc. which indicated the following about the account and the subscriber associated with the website www.sandvikcity.com:

Account Name: Sandvik, Andrew

User ID: GUNMOVIE

Address: 409 Foxtail Dr., West Fargo, ND

Phone: 701-318-9143

Email: sandvikcity@gmail.com

Account creation date: 5-7-2012

Login History: 10-10-2025; IP Address: 174.234.140.124

Transaction History involving Paypal and Visa payments in Andrew Sandvik's name

19. On October 29, 2025, I used www.whois.com to determine the internet service provider for the IP address 174.234.140.124. I learned the internet service provider was Verizon Business.

## ADDITIONAL FACTS SUPPORTING PROBABLE CAUSE

20. On October 29, 2025, I interviewed a person who has known the subject for more than two decades (Witness-2) and whose identity is known to me. Witness-2 confirmed that he/she believed the SUBJECT had been living in the camper on his mother's property after the SUBJECT moved out of his prior residence located at 409 Foxtail Drive, West Fargo, ND on or around June 3, 2025.

21. Witness-2 confirmed the subject had a Facebook page under the name "Andrew Sandvik" which he had used for several years, and the most recent profile picture was a photo of the SUBJECT wearing a beanie hat. Witness-2 believed the SUBJECT was the only person who had access to the account, operated the account, and posted to the account.

22. Witness-2 advised that the SUBJECT had worked as a web designer at times in the past and his current website was www.sandvikcity.com. Witness-2 advised the SUBJECT had used this website for many years. Witness-2 believed the SUBJECT was the only person who had access to the website's account, operated the account, and posted to the account.

23. Witness-2 advised the phone number 701-318-9143 was an old phone number belonging to the SUBJECT which he had used approximately two years ago before changing phone numbers.

24. Witness-2 knew the SUBJECT to use an Apple iPhone and an Apple laptop at times in the past.

11

25.  Witness-2 knew the SUBJECT to primarily drive a black 2013 Kia Sorento and that the SUBJECT also had a Suburban.

26.  Witness-2 confirmed the SUBJECT had approximately five airsoft guns that he painted all black to appear as realistic as possible for the purposes of promoting a web application he designed.

27.  Witness-2 confirmed the SUBJECT owned a 9mm firearm in the past that was either sold or given away quite some time ago to a family member. Witness-2 believed the family member still had the firearm but did not know for sure if the family member still had the firearm or if it had given it back to the SUBJECT.

28.  As recently as September or October 2025, Witness-2 spoke to SANDRA who advised the airsoft guns belonging to the SUBJECT were being stored in boxes in the basement of her house.

29.  On October 29 and 31, 2025, FBI Agents observed the gray Chevrolet Suburban bearing North Dakota license plate 194CSV parked on the property of the SUBJECT's mother. The Chevrolet Suburban was found to be registered to the SUBJECT through North Dakota Department of Motor Vehicle records.

30.  On October 30, 2025, FBI Agents observed the black 2013 Kia Sorento bearing North Dakota license plate 020BNA parked on the property of the SUBJECT's mother and also leaving from and returning to the property belonging to the SUBJECT's mother. The Kia Sorento was found to be registered to the SUBJECT through North Dakota Department of Motor Vehicle records.

31. On October 29, 30, and 31, 2025 FBI Agents observed the camper parked on the SUBJECT's mother's residence bearing North Dakota license plate T136167. The camper was found to be registered to the SUBJECT in North Dakota Department of Motor Vehicle records.

32. According to North Dakota Department of Motor Vehicle records, an email address on file for the SUBJECT was sandvikcity@gmail.com.

33. On October 31, 2025, FBI Agents obtained property record details from Cass County for the SUBJECT's mother's residence and determined the owner of the property to be Carter Sandvik and Sandra Sandvik, the mother of the SUBJECT.

34. In my training and experience, and through consultation with the FBI Behavioral Analysis Unit, I am aware that individuals who engage in targeted violence often follow a general path to violence which begins with grievance, ideation, and planning. Further, I have received training in warning signs of planned violence which can include direct or indirect communications of threats and sudden onset of reckless behaviors that may suggest a lack of concern for future consequences.

## CONCLUSION

19. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that Andrew Walter Sandvik is in violation of Title 18 U.S.C. § 115(a)(1)(B) (Influencing Federal Official by Threat).

20. Based on the aforementioned factual basis, your Affiant further submits that this affidavit supports probable cause for an arrest warrant for Andrew Walter Sandvik.

_____
Sarah L. Thaden
Special Agent
Federal Bureau of Investigation


Sworn to before me and Signed in my presence on November __5__, 2025.


_____
Alice R. Senechal
United States Magistrate Judge