IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| ANDREW WALTER SANDVIK | Violations:  18 U.S.C. § 871 |

COUNT ONE

**Threats Against the President of the United States**

The Grand Jury Charges:

On or about August 30, 2025, in the District of North Dakota,

ANDREW WALTER SANDVIK

did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, ANDREW WALTER SANDVIK posted a message on his Facebook account that read: "TRUMP I AM THREATENING YOUR ENTIRE EXISTENCE! YOUR SS CANNOT PROTECT YOU FROM ME!"

In violation of Title 18, United States Code, Section 871.

COUNT TWO

**Threats Against the President of the United States**

The Grand Jury Further Charges:

On or about August 30, 2025, in the District of North Dakota,

ANDREW WALTER SANDVIK

did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, ANDREW WALTER SANDVIK posted a message on his Facebook account that read: "TRUMP YOU HAVE NO PROTECTION FROM ME.  IM COMING FOR YOU AND YOU WILL NOT KNOW IM THERE UNTIL YOURE COMPLETELY SLAUGHTERED BY YOUR OWN PEOPLE"

In violation of Title 18, United States Code, Section 871.

<u>COUNT THREE</u>

**Threats Against the President of the United States**

The Grand Jury Further Charges:

On or about September 2, 2025, in the District of North Dakota,

ANDREW WALTER SANDVIK

did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically, ANDREW WALTER SANDVIK posted a message on his Facebook account that read: "TRUMP WHERES YOUR SECURITY? IM GOING TO END YOU! HELLO? PATEL? WHERES PATEL?"

In violation of Title 18, United States Code, Section 871.

## COUNT FOUR

### Threats Against the Vice President of the United States

The Grand Jury Further Charges:

On or about September 22, 2025, in the District of North Dakota,

ANDREW WALTER SANDVIK

did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the Vice President of the United States, specifically, ANDREW WALTER SANDVIK posted a message on his Facebook account that read: "TRUMP VANCE AND CHARLIE KIRKS WIFE WILL BE PUDDLES OF BLOOD VERY SOON AND I WILL MAKE THEM DRINK THEMSELVES!"

In violation of Title 18, United States Code, Section 871.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

RML/tah