AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 NOV 6 AM 9:56

United States of America
v.
ANDREW WALTER SANDVIK

Case No. 3:25-mj-754

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ANDREW WALTER SANDVIK,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 115(a)(1)(B) - Influencing Federal Official by Threat

Date: November 5, 2025

_____
Issuing officer's signature

City and state: Fargo, ND

Alice R Senechal
U.S. Magistrate Judge
Printed name and title

### Return

| | |
|---|---|
| This warrant was received on *(date)* 11-5-2025, and the person was arrested on *(date)* 11-6-2025 at *(city and state)* Moorhead, MN. | |
| Date: 11-7-2025 | _____<br>Arresting officer's signature<br><br>Sarah L. Thaden / Special Agent, FBI<br>Printed name and title |